MAY-20-2008  11:34                                                                 P.02

## GOTTLIEB, RACKMAN & REISMAN, P.C.

COUNSELORS AT LAW

PATENTS · TRADEMARKS · COPYRIGHTS · INTELLECTUAL PROPERTY

270 MADISON AVENUE
NEW YORK, N. Y. 10016-0601
PHONE: (212) 684-3900 · FACSIMILE: (212) 684-3999
WEB: http://www.grr.com · E-MAIL: info@grr.com

JAMES REISMAN
MICHAEL I. RACKMAN
GEORGE GOTTLIEB
BARRY A. COOPER
DAVID S. KASHMAN
ALLEN I. RUBINSTEIN
JEFFREY M. KADEN
AMY B. GOLDSMITH
TIBERIU WEISZ
MARIA A. SAVIO
RICHARD S. SCHURIN
MARC P. MISTHAL
STEVEN STERN

DONNA MIRMAN BROOME
BARBARA H. LOEWENTHAL
FRANK D. DECOLVENAERE
YUVAL M. MARCUS
BARRY R. LEWIN
JOSHUA R. MATTHEWS

PATENT AGENT
ZOYA V. CHERNINA

LAW CLERK
LESLEY J. MATTY

OF COUNSEL
DIANA MULLER *

* MEMBER OF THE BAR
OF ARGENTINA ONLY

May 20, 2008

**VIA FAX- (973) 645-4549**
Hon. Peter G. Sheridan
United States District Court Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

*So Ordered*
*Conference adjourned*
*until May 27, 2008*
*at 2:30 pm*
*Peter Sheridan*

Re:   Elbex Video Ltd. v. Tyco International Ltd.
       06 Civ. 5178 (PGS) (ES)

Dear Judge Sheridan:

I write on behalf of Elbex Video Ltd. ("Elbex") in connection with the recently scheduled settlement conference which has now been re-scheduled for May 22, 2008. Lead trial counsel for Elbex, Michael Rackman, is away in Korea this week and will not be returning until next week. Similarly, I have a scheduled business trip to Las Vegas starting on May 29 through June 1. Accordingly, based on the unavailability of Elbex's counsel, Elbex respectfully requests that the settlement conference currently scheduled for May 22, 2008 be adjourned to next week to either May 27 or 28, or sometime during the week of June 2.

Yesterday, Elbex conferred with counsel for Tyco, and Tyco has indicated that it has no objection to an adjournment.

Respectfully submitted,

**GOTTLIEB, RACKMAN & REISMAN, P.C.**

s/ Steven Stern

Steven Stern
Trial Counsel for Elbex

Maria A. Savio (MAS 7756)
Local Counsel for Elbex

cc: Mark Levine, Donald Robinson

TOTAL P.02