# ROBINSON, WETTRE & MILLER LLC
### ATTORNEYS AT LAW
ONE NEWARK CENTER, 19TH FLOOR
NEWARK, NEW JERSEY 07102
(973) 690-5400
FAX (973) 466-2760
www.rwmlegal.com

November 14, 2008

Honorable Peter G. Sheridan, U.S.D.J.
United States District Court
M.L.K., Jr. Fed. Bldg. & Courthouse
50 Walnut Street
Newark, New Jersey 07102

> Re: Elbex Video, Ltd. v. Tyco International, Ltd, et als.
> Civil Action No. 06-5178 (PGS) (EMS)

Dear Judge Sheridan:

    Enclosed is a letter from my co-counsel, Mr. Littmann, submitting a joint agreement by the parties on the status of the litigation and the scheduling of a technology tutorial on a date in January that Your Honor selects.

    All counsel believes that the enclosed letter complies with Your Honor's direction. Counsel would appreciate Your Honor's Deputy Clerk entering a notation on the docket confirming the Court's approval of the contents of the letter.

Sincerely,

*Donald A. Robinson*

Donald A. Robinson

DAR/gd
Enclosure
cc: All Counsel (via e-mail)

**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
www.bartlit-beck.com

CHICAGO OFFICE
COURTHOUSE PLACE
54 WEST HUBBARD STREET
CHICAGO, IL 60610
TELEPHONE: (312) 494-4400
FACSIMILE: (312) 494-4440

November 14, 2008

DENVER OFFICE
1899 WYNKOOP STREET
8TH FLOOR
DENVER, CO 80202
TELEPHONE: (303) 592-3100
FACSIMILE: (303) 592-3140

The Hon. Peter G. Sheridan
MLK Jr. Federal Bldg and US Courthouse
50 Walnut St.
Newark, NJ 07101

WRITER'S DIRECT DIAL:
(312) 494-4417 (work)
alan.littmann@bartlit-beck.com

Re: *Elbex v. Tyco and Sensormatic – Case No. 06 cv 5178*

Dear Judge Sheridan:

During the November 10, 2008 teleconference in this case, the Court ordered:

1) A technology tutorial will be held before the Court in January 2009 concerning Defendants' Motion for Summary Judgment on the '864 patent;

2) Defendants withdraw their Motion for Partial Summary Judgment on the '060 patent, without prejudice to refiling after discovery concludes;

3) Elbex is permitted to conduct additional discovery regarding Sensormatic's embedded text method of text overlay. In response to the Court's question on the specific discovery needed, Elbex stated that it required document requests and a deposition; and

4) The parties shall confer to determine a schedule for the additional discovery leading up to the tutorial.

The parties have conferred and jointly propose the following schedule for the Court's approval. Elbex already has propounded its document requests.

12/9/08: Sensormatic will provide written responses to Elbex's document requests, as well as produce responsive documents

1/9/08: Elbex will conclude discovery by this date

1/13/08: Elbex will inform Sensormatic whether it intends to accuse any products other than Intellex IP of infringement of the '864 patent

Jan/09: Technology tutorial to be scheduled at Court's convenience

*[handwritten: Tutorial scheduled for January 23, 2008 at 1:30pm. Both parties may present or informally discuss case PGS]*

Most sincerely,

Alan E. Littmann

cc. All counsel, by email

*[handwritten: 11/18/08 So Ordered Peter Sheridan]*